IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL LOZADA, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:20-cv-2336 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CASE WESTERN RESERVE UNIVERSITY, | ) ) ) | |
| Defendant. | | |

Before the Court are unopposed motions by Plaintiff Daniel Lozada (R. 46) and Defendant Case Western Reserve University (R. 47) to file specified documents/exhibits and/or portions of documents/exhibits under seal pursuant to the existing protective order. R. 37.

Plaintiff seeks to file under seal Exhibit L to the declaration of his expert Michael A Tompkins, Esq., which he intends to utilize in connection with his motion for class certification, as well as an unredacted version of Plaintiff's expert report, Exhibit K to the Tompkins Declaration. R. 46, Page ID No. 516 (citing R.49, Ex. K, Page ID No. 9891 (redated report); Ex. L, Page ID No. 914 (notation in motion for class certification referencing spreadsheet filed under seal).

For its part, Defendant seeks to file under seal all highlighted portions of its memorandum in support of its motion for summary judgment (R. 48) and all highlighted portions of the Daniel Lozada deposition transcript filed in support of its motion for summary judgment. *Id.*, Page ID Nos. 556 *et seq*. In addition, Defendant seeks to file under seal the entirety of Exhibits 5, 6, 7, 8, 9, 10, 11 and 12 to its motion for summary judgment. R. 47, Page ID No. 527.

In all instances, the material sought to be filed under seal includes sensitive and confidential personal or commercial information. Further, as noted, all parties have met and conferred on these filings and are in agreement that the designated material is confidential and should be filed under seal. Moreover, the parties intend to publicly file redacted versions of this material. Finally, granting motions to seal similar material in a similar context was approved by the United States District Court in *Martinez v. University of San Diego*, No. 3:20-cv-1946 (S.D. California May 12, 2023) (attached to R. 46, Page ID Nos. 522-23).

Accordingly, for the reasons stated, the unopposed motions by Plaintiff (R. 46) and Defendant (R. 47) to file specified documents/exhibits and/or portions of documents/exhibits under seal pursuant to the existing protective order are granted.

IT IS SO ORDERED.

Date: August 25, 2023

/s/*David A. Ruiz*
David A. Ruiz
United States District Judge